**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TANIA GARMENDIA VALENZUELA, as
Administrator of the estate of NELSON
OSEGUENDA MARTINEZ,

                  Plaintiff,              17 **CIVIL** 8923 (CS)
                                                  17 **CIVIL** 9279 (CS)

     -against-                     **JUDGMENT**

PUTNAM COUNTY and DEPUTY KEITH
BLESSING,
                  Defendants.
-------------------------------------------------------------X
BUANI NUNEZ, as administrator of the estate of
WARNER J. NUNEZ, and BEATRIZ GRAJALES,

                  Plaintiffs,

     -against-

PUTNAM COUNTY and DEPUTY KEITH
BLESSING,
                  Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2020, Defendants' renewed motions for summary judgment, (No. 17-CV-9279 Doc. 53; No. 17-CV-8923 Doc. 61), are GRANTED; accordingly, Case Nos. 17-CV-8923 and 17-CV-9279 are closed.

**Dated:**  New York, New York
           September 8, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                               **Clerk of Court**
                              **BY:**      *K. Mango*
                                                                _____
                                                               **Deputy Clerk**